EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Edgar F. Balzac Rivera | 2010 TSPR 31<br><br>178 DPR _____ |

Número del Caso: TS-8139

Fecha: 8 de marzo de 2010

Abogado de la Parte Peticionaria:

       Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte


Edgar F. Balzac Rivera

8139


RESOLUCIÓN


San Juan, Puerto Rico, a   8 de marzo de 2010.

Examinada la solicitud presentada por el Lcdo. Edgar F. Balzac Rivera, se autoriza su baja voluntaria del ejercicio de la profesión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo